UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CEDRIC REID,

                Plaintiff,

     -v.-

THE CITY OF NEW YORK, MARTHA W. KING, and SECURUS TECHNOLOGIES,

                Defendants.

20 Civ. 9243 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    Plaintiff, currently incarcerated at Green Meadow Correctional Facility, filed a *pro se* action under 42 U.S.C. § 1983 on November 4, 2020.  (Dkt. #1).  He was granted *in forma pauperis* status on January 12, 2021.  (Dkt. #7).  As required by the Prison Litigation Reform Act, the Court screened Plaintiff's Complaint for portions of the Complaint that were frivolous or malicious, failed to state a claim upon which relief may be granted, or sought monetary relief from a defendant who is immune from such relief.  *See* 28 U.S.C. §§ 1915(e)(2)(B), 1915A(a)-(b).  In its Order of Service dated January 15, 2021, the Court dismissed Defendants Cyrus R. Vance, Jr. and Lisa Franchini because Plaintiff's claims against them were based on actions within the scope of their official duties as prosecutors and associated with the conduct of a criminal trial, and thus were barred by prosecutorial immunity.  (Dkt. #9).

    Plaintiff has now filed a motion to reinstate Vance and Franchini as Defendants.  (Dkt. #14).  The Court has reviewed Plaintiff's motion, the Order of Service, and Plaintiff's Complaint, and finds no error in the prior

determination that Vance and Franchini are immune from the relief Plaintiff seeks against them and thus properly dismissed from this action. Accordingly, Plaintiff's motion is DENIED.

The Clerk of Court is directed to terminate the motion at docket entry 14. The Clerk of Court is further directed to mail a copy of this Order to Plaintiff's address of record.

SO ORDERED.

Dated: March 23, 2021
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge