UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CEDRIC REID,<br><br>                              Plaintiff,<br><br>              -v.-<br><br>THE CITY OF NEW YORK, MARTHA W. KING, *in her official and individual capacity*, and SECURUS TECHNOLOGIES,<br><br>                              Defendants. | 20 Civ. 9243 (KPF)<br><br>ORDER OF SERVICE |

KATHERINE POLK FAILLA, District Judge:

Plaintiff, currently incarcerated at Green Meadow Correctional Facility, brings this *pro se* action under 42 U.S.C. § 1983. By order dated January 12, 2021, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"). Because Plaintiff has been granted permission to proceed IFP, Plaintiff is entitled to rely on the Court and the U.S. Marshals Service to effect service. *Walker* v. *Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process … in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

By Order dated January 15, 2021, the Court ordered service on Defendant Securus Technologies at 14651 Dallas Pkwy, Dallas, TX 75254. On April 1, 2021, a Marshals Service process receipt was filed indicating that service was returned unexecuted because the company could not be located at

that address.  The Court has now identified an alternate address for Defendant Securus Technologies, provided below.

      The Clerk of Court is instructed to complete the USM-285 form with the below address for Defendant Securus Technologies and deliver to the U.S. Marshals Service all documents necessary to effect service.

      The Clerk of Court is further directed to mail a copy of this Order to Plaintiff's address of record.

      SO ORDERED.

Dated:  April 5, 2021
          New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge

**DEFENDANT AND SERVICE ADDRESS**

1. Securus Technologies
   4000 International Parkway
   Carrollton, TX 75007