UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CEDRIC REID,<br><br>                          Plaintiff,<br><br>            -v.-<br><br>THE CITY OF NEW YORK, MARTHA W. KING, CYRUS R. VANCE, JR., LISA FRANCHINI, SECURUS TECHNOLOGIES, and LAURA S. MELLO.<br><br>                          Defendants. | 20 Civ. 9243 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On September 1, 2021, the Court docketed Plaintiff Cedric Reid's Proposed Amended Complaint as the operative complaint in this case. (Dkt. #37). Plaintiff's Amended Complaint names a new defendant, Laura S. Mello, Records Access Officer for the New York City Department of Correction. The Clerk of the Court is directed to electronically notify the New York City Law Department of this Order. The Court requests that Ms. Mello waive service of summons. The Court will resolve the service of summons issues regarding Defendants Cyrus R. Vance, Jr., and Lisa Franchini in a separate Order.

The Clerk of Court is further directed to mail a copy of this Order to Plaintiff's address of record.

SO ORDERED.

Dated: September 1, 2021
       New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge