UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CEDRIC REID,<br><br>                    Plaintiff,<br><br>           -v.-<br><br>THE CITY OF NEW YORK, MARTHA W. KING, CYRUS R. VANCE, JR., LISA FRANCHINI, SECURUS TECHNOLOGIES, and LAURA S. MELLO.<br><br>                    Defendants. | 20 Civ. 9243 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On September 15, 2021, the Court received a letter from Plaintiff Cedric Reid requesting "special access" to the Sing Sing Correctional Facility's law library. (Dkt. #41 at 5). Mr. Reid explains in his letter that access to the law library is normally limited to 30 days. (*Id.*). In light of both Mr. Reid's status as a *pro se* litigant and the ongoing litigation in this case, the Court finds that it is appropriate for Mr. Reid to continue to have access to his facility's law library. Accordingly, the Court hereby ORDERS the Warden of Sing Sing Correctional Facility to provide Mr. Reid with continued access to the law library for the duration of this case.

The Court directs counsel for Defendant New York City to transmit a copy of this Order to the Warden of Sing Sing Correctional Facility.

The Court also directs the Clerk of Court to mail a copy of this Order to Plaintiff's address of record.

SO ORDERED.

Dated: September 16, 2021
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge