UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CEDRIC REID,<br><br>                    Plaintiff,<br><br>              -v.-<br><br>THE CITY OF NEW YORK, MARTHA W. KING, CYRUS R. VANCE, JR., LISA FRANCHINI, SECURUS TECHNOLOGIES, and LAURA S. MELLO,<br><br>                    Defendants. | 20 Civ. 9243 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On January 4, 2021, the Court received letters from Plaintiff Cedric Reid, who is proceeding *pro se* in this case, stating that he was being transferred from Sing Sing Correctional Facility (Dkt. #65) and indicating that he had not received access to the law library at his new facility (Dkt. #64).

Given Mr. Reid's recent transfer and lack of access to his facility's law library, the Court will grant Mr. Reid a one-month extension of his time to file his brief in opposition to Defendants' motions to dismiss.  The Court understands that Defendants do not oppose such an extension.  Mr. Reid shall file his opposition brief on or before **February 14, 2022**.  Defendants shall file their replies, if any, on or before **February 28, 2022**.

Additionally, the Court continues to believe that it is appropriate for Mr. Reid to have access to his facility's law library.  The Court therefore ORDERS the Warden of Green Haven Correctional Facility to provide Mr. Reid with access to the facility's law library for the duration of this case.

The Court directs counsel for Defendant New York City to transmit a copy of this Order to the Warden of Green Haven Correctional Facility.

The Court also directs the Clerk of Court to update Mr. Reid's address of record to reflect the following:  Cedric Reid, 18-A-1936, Green Haven Correctional Facility, P.O. Box 4000, Stormville, New York 12582-4000. Finally, the Court directs the Clerk of Court to mail a copy of this Order to Plaintiff's new address of record.

SO ORDERED.

Dated: January 5, 2022
       New York, New York

KATHERINE POLK FAILLA
United States District Judge