UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

CEDRIC REID,
        Plaintiff,

20-CV-9243(KPF)(JLC)

-against-

NOTICE OF MOTION

THE CITY OF NEW YORK, MARTHA W. KING, CYRUS R. VANCE, JR., LISA FRANCHINI, NEW YORK COUNTY DISTRICT ATTORNEY'S OFFICE, SECURUS TECHNOLOGIES, and LAURA S. MELLO, in their Official and Individual Capacity,

        Defendants.

PLEASE TAKE NOTICE that Plaintiff, Cedric Reid, request that the Court: remove Defendant: SECURUS TECHNOLOGIES from this action. If the Court's will.

February 14, 2022
Dated

*Cedric Reid* (Signature)
Signature

Cedric Reid
Name

18-A-1936
Prison Identification #

594 Route 216
Address

Stormville
City

New York
State

12582-0010
Zip Code