UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CEDRIC REID,

                Plaintiff,

-against-                      20 **CIVIL** 9243 (KPF)

                                                                  **JUDGMENT**

THE CITY OF NEW YORK; MARTHA W.
KING; CYRUS R. VANCE, JR.; LISA
FRANCHINI; NEW YORK COUNTY DISTRICT
ATTORNEY'S OFFICE; SECURUS
TECHNOLOGIES; and LAURA S. MELLO, in
their official and individual capacities,

                Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 27, 2022, the Court has GRANTED the DANY Defendants' motion to dismiss; GRANTED the City Defendants' motion to dismiss; and deems Plaintiff's claims against Securus to be voluntarily dismissed; accordingly, the case is closed.

**Dated:**  New York, New York

        July 27, 2022

                                                                        **RUBY J. KRAJICK**

                                                                      **Clerk of Court**
                                      **BY:**        K. Mango

                                                                      **Deputy Clerk**