UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CEDRIC REID,<br><br>       Plaintiff,<br><br>      -v.-<br><br>THE CITY OF NEW YORK, MARTHA W. KING, CYRUS R. VANCE, JR., LISA FRANCHINI, SECURUS TECHNOLOGIES, NEW YORK COUNTY DISTRICT ATTORNEY'S OFFICE, and LAURA S. MELLO,<br><br>       Defendants. | 20 Civ. 9243 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  The Court is in receipt of a motion by Plaintiff seeking reconsideration of the Court's July 27, 2022 Order dismissing this action. (Dkt. #84-54). Defendants are hereby ORDERED to respond to Plaintiff's reconsideration motion on or before **August 31, 2023**. Such responses may be in the form of letter briefs if that is Defendants' preference. The Court may order a reply brief from Plaintiff at a later date if it determines that such a reply would be useful.

  The Clerk of Court is directed to mail a copy of this Order to Plaintiff's address of record.

  SO ORDERED.

Dated: August 3, 2023
    New York, New York

                     KATHERINE POLK FAILLA
                     United States District Judge